lien. He must be deemed, therefore, to have waived any right to proceed against the principal. Matter of Bateman, 7 Misc. Rep. 633, 28 N. Y. Supp. 36, affirmed 145 N. Y. 623, 40 N. E. 10; Tuthill v. Wilson, 90 N. Y. 423.

HIRSCHBERG, J., dissents.

KING, Respondent, v. SYRACUSE, L. S. & N. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 21, 1913.) Action by Arvilla King against the Syracuse, Lake Shore & Northern Railroad Company.

PER CURIAM. Judgment of Oswego County Court (131 N. Y. Supp. 878), and judgment and order of City Court of Fulton, reversed, and the complaint dismissed, with costs in all courts to the appellant. Held, that the proof shows that the overcharge was made through inadvertence and mistake not amounting to gross negligence, and defendant's motion for a nonsuit should have been granted.

KOERNER, Appellant, v. BALTERANSKY, Respondent. (Supreme Court, Appellate Division, Second Department. April 30, 1913.) Action by Herman Koerner against Louis Balteransky.

PER CURIAM. Judgment affirmed, with costs. The plaintiff, suing on an assigned claim, failed to offer evidence that the damages which he sought to recover had been sustained by his assignor. The motion to dismiss called this defect in the proof to the attention of plaintiff's counsel.

KORN, Respondent, v. FREEDLANDER, Appellant. (Supreme Court, Appellate Division, First Department. April 18, 1913.) Action by Louis Korn against Joseph H. Freedlander. D. Leventritt, of New York City, for appellant. M. D. Steuer, of New York City, for respondent.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce verdict to $10,000, with interest from August, 1908, in which event judgment, as so modified, and order, affirmed, without costs. Settle order on notice. See, also, 141 N. Y. Supp. 1127.

KORN, Respondent, v. FREEDLANDER, Appellant. (Supreme Court, Appellate Division, First Department. April 18, 1913.) Action by Louis Korn against Joseph H. Freedlander. D. Leventritt, of New York City, for appellant. M. D. Steuer of New York City, for respondent. No opinion. Order affirmed, without costs. Order filed. See, also, 141 N. Y. Supp. 1127.

KORN v. FREEDLANDER. (Supreme Court, Appellate Division, First Department. May 9, 1913.) Action by Louis Korn against Joseph H. Freedlander. No opinion. Motion denied, with $10 costs. Order filed. See, also, 141 N. Y. Supp. 1127.

KOWES v. CATOIR et al. (Supreme Court, Appellate Division, First Department. May 23, 1913.) Action by Gustave Kowes against John Catoir and another. No opinion. Motion granted, with $10 costs. Order filed.

KUZNESKY, Respondent, v. SMITH, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 7, 1913.) Action by George E. Kuznesky, as administrator, etc., against George E. Smith. No opinion. Order affirmed, with $10 costs and disbursements.

LAEZZA, Appellant, v. NATIONAL LICORICE CO., Respondent. (Supreme Court, Appellate Division, Second Department. April 18, 1913.) Action by Antonio Laezza, as administrator, etc., of Joseph Laezza, deceased, against the National Licorice Company. No opinion. Judgment unanimously affirmed, with costs.

LA FAYETTE STREET CHURCH SOCIETY OF BUFFALO, Respondent, v. NORTON, Appellant. (Supreme Court, Appellate Division, Fourth Department. April 30, 1913.) Action by the La Fayette Street Church Society of Buffalo against Herbert F. J. Norton.

PER CURIAM. It appearing that the justices qualified to sit in this appeal are equally divided and unable to render a decision herein, the said appeal is ordered transferred to the Appellate Division, Third Department, to be there heard and determined, pursuant to section 231 of the Code of Civil Procedure. See, also, 133 N. Y. Supp. 671.

LAMBERT, J., not sitting.

LAMSON et al., Respondents, v. KING, Appellant. (Supreme Court, Appellate Division, First Department. April 25, 1913.) Action by Myra S. Lamson and another against Robert C. King. E. S. Clinch, of New York City, for appellant. C. D. Rogers, of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

LANDEKER v. PROPERTY SECURITY CO. (Supreme Court, Appellate Division, First Department. April 11, 1913.) Action by Adolf H. Landeker against the Property Security Company. No opinion. Motion granted, unless appellant complies with terms stated in order. Order filed. See, also, 141 N. Y. Supp. 1127, 1128.

LANDEKER v. PROPERTY SECURITY CO. (Supreme Court, Appellate Division, First Department. April 11, 1913.) Action by Adolf H. Landeker against the Property Security Company. No opinion. Motion denied, with $10 costs. Order filed. See, also, 141 N. Y. Supp. 1127, 1128.

LANDEKER, Respondent, v. PROPERTY SECURITY CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. April 11, 1913.) Action by Adolf H. Landeker